In the Matter of the Arbitration between HATZEL & BUEHLER, INC., Respondent, and GEORGE A. FULLER COMPANY, Appellant.

Argued January 10, 1952; decided January 25, 1952.

*Karl Propper* for appellant.

*John J. Cunneen* and *Joseph A. Byrne* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.